IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR83 |
| vs. | |
| PATRICK E. AMEN, | ORDER |
| Defendant. | |

This matter is before the Court on the Defendant's Unopposed Motion to Extend Date for Self-Surrender [40]. The Court notes that the assigned prosecutor in this district does not object to the extension. Therefore,

IT IS ORDERED:

1. The Defendant's Motion to Extend Date for Self-Surrender (Filing No. 40) is granted;

2. The Defendant shall report no later than 2:00 p.m. on Wednesday, January 3, 2018 to the place designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 4th day of December, 2017

BY THE COURT:

s/ Laurie Smith Camp
Chief United States District Judge